FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

LEADER U.S.D.C
NAME OBIOMA CHUKWU - LEADER   COMPLAINT
(Enter above the full name of the plaintiff in this action) U.S.D.C.
UNITED STATES DUAL CITIZEN.

V.   Civil Action No. _____

U.S. ARMY.   RECEIVED
NEW-JERSEY   (To be supplied by the Clerk of the Court)
AREA U.S.A   JAN 19 2023
   AT 8:30
   WILLIAM T. WALSH
   CLERK

(Enter the full name of the defendant of defendants in this action)

## INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7. If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

    ___ 42 U.S.C. §1983 (applies to state prisoners)

    ✓ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b. Indicate whether you are a prisoner or other confined person as follows:

    ✓ Pretrial detainee

    ___ Civilly-committed detainee

    ___ Immigration detainee

    ___ Convicted and sentenced state prisoner

    ___ Convicted and sentenced federal prisoner

    ___ Other: (please explain) **WEAK ALIGATION**

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a. Parties to previous lawsuit:

   Plaintiff(s): OBIOMA CHUKWU

   Defendant(s): U-S ARMY. NEW-JERSEY U-S.A

b. Court and docket number: AVAILABLE ON DEMAND.

~~c. Grounds for dismissal: ( ) frivolous ( ) malicious~~

   (✓) failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: OCT - 2022

e. Approximate date of disposition: NOV - 2022

   If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? MERCER COUNTY CORRECTION CTR

4. Parties

   (In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

   a. Name of plaintiff: OBIOMA CHUKWU.

MERCER COUNTY CORRECTION CENTER
Address: _____

Inmate#: 557771 — I WANT (1) REMOVED IN MY RECORD. (FAKE CHARGES)

b. First defendant:

Name: U.S ARMY

Official position: NEW-JERSEY AREA

Place of employment: NEW-JERSEY

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

THIS ARMY FAILED TO PROTECT A 9 YEAR OLD — FROM DOMESTIC TERRORIST — THE CHILDREN SERVICES

c. Second defendant: AND COMMISSIONER UNDER

Name: MAJOR TORRES      DEMOCRATS 2022

Official position: INVESTIGATOR.

Place of employment: UNKNOWN.

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

COVER-UP = TARGETING — BULLYING

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

OTHER INFORMATIONS ARE PRIVATE

VIDEOING AND SPYING ON A MINOR AND CONFISICATING, VIEWED RECORDED VIDEO OF A MINOR WITHOUT PERMISSION OF APPROPRIATE PARENT. ABUSE OF POWER.

STEALING OF PARENTAL RIGHTS IS KIDNAPPING

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

TO INVESTIGATE VIDEO RECORDING PLACES IN CHILDS ROOM, LOCATION OF VIDEO AND WHO IS BEHIND THIS INVASION OF PRIVACY OF A U.S.A CITIZEN MINOR CHILD. COULD BE APPARENT TRAPPERS

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

___Yes   ✓ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____
_____
_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

WAITING FOR FUNDS TO FILE 10 LAWSUITS AT ONCE. BEFORE END OF JUNE 2023.

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

FAILED TO KNOW, MANIPULATION AND STEALING OF MINORS IN U.S.A NEW JERSEY. PROTECTING KIDS IS THE DUTY OF THE ARMY. ESPECIALLY IF LIE UNDER OATH IS USED. By DOMESTIC TERRORIST LIESPERS

AUDIO - VIDEO OF LIE UNDER OATH USED TO ABDUCT CHILD MUST BE OBTAINED
THANKS YOUR HONOR.

8. Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __JANUARY__, 20__23__

_____

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).