# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____,

Plaintiff,

v.

_____,

Defendant(s).

Civil Action No. _____(\_\_\_\_\_)(\_\_\_\_\_)

**ORDER OF WITHDRAWAL OF COMPLAINT**

**THIS MATTER HAVING** come before the court upon its own Motion, and it appearing that by letter of _____, (docket entry\_\_\_\_) the Clerk informed plaintiff, *pro se*, that his/her complaint would be deemed withdrawn if s/he failed to pay the filing fee or submit an application to proceed *in forma pauperis*, and it further appearing that plaintiff, pro se, has failed to pay the filing fee or submit an application to proceed *in forma pauperis* within the time frame provided in the Clerk's letter*,*

**IT IS ON THIS** \_\_\_\_\_ day of _____, 20\_\_\_, **ORDERED** that plaintiff's complaint be and hereby is deemed **withdrawn** and the Clerk is directed to close the file and it is

**ORDERED** that upon the payment of the filing fee or the submission of a completed, signed application to proceed *in forma pauperis*, Plaintiff may move to reopen this matter; and it is further

**ORDERED** that the Clerk's Office shall forward a copy of this Order to Plaintiff via regular mail and shall enter a notation on the docket indicating the date upon which this Order of Withdrawal of Complaint was forwarded to Plaintiff via regular mail.

s/ *Christine A. O'Hearn*
_____

United States District Judge